[No. 7978-0-II.   Division Three.   July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DENCIL
RUDOLPH HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. CR 81-6079, Dale M. Nordquist, J., entered

July 5, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.